IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY "SCOTT" MARTIN                                          PLAINTIFF

v.                          No. 3:17-cv-135-DPM

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON, also
known as Liberty Mutual Insurance                               DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 December 2017